**DISMISS; and Opinion Filed March 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00004-CV

**BOBBIE THOMAS, Appellant**

**V.**

**UNITED MORTGAGE TRUST, STERLING TRUST COMPANY,**
**UMT LT TRUST, AND SOUTH CENTRAL MORTGAGE, INC., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02637**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

In a letter dated January 29, 2014, the Court questioned its jurisdiction over this appeal. Specifically, it appeared the notice of appeal was untimely. We requested that appellant file a letter brief addressing our jurisdictional concern and gave appellee an opportunity to respond. Appellant did not file a jurisdictional brief. Appellee filed a jurisdictional brief requesting that the appeal be dismissed.

If a party files a timely post-judgment motion extending the appellate timetable, the notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The trial court signed the judgment on September 10, 2013. Appellant filed a timely motion for new trial on October 10, 2013. Accordingly, the notice of appeal was due on December 9, 2013, ninety days after the date the judgment was signed. Appellant filed her notice of appeal on December 31, 2013, twenty-two days past the deadline. Because appellant did not file a timely notice of appeal, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140004F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BOBBIE THOMAS, Appellant

No. 05-14-00004-CV      V.

UNITED MORTGAGE TRUST,
STERLING TRUST COMPANY, UMT LT
TRUST, AND SOUTH CENTRAL
MORTGAGE, INC., Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-02637.
Opinion delivered by Justice O'Neill.
Justices Bridges and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, UNITED MORTGAGE TRUST, STERLING TRUST COMPANY, UMT LT TRUST, AND SOUTH CENTRAL MORTGAGE, INC., recover their costs of this appeal from appellant, BOBBIE THOMAS.

Judgment entered this 14th day of March, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE